IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARIOUSH PARSIA : CIVIL ACTION
:
v. :
:
TD WATERHOUSE SECURITIES, :
INC., d/b/a TD AMERITRADE, :
INC., et al. : NO. 10-248

ORDER

AND NOW, this 16th day of April, 2010, upon consideration of the plaintiff's complaint (Docket No. 1), the defendant's motion to compel arbitration (Docket No. 2), the plaintiff's opposition (Docket No. 4), the defendant's reply thereto (Docket No. 5), the defendant's memorandum in further support of its motion to compel arbitration (Docket No. 6), and after a hearing on the Court's jurisdiction and the defendant's motion to compel arbitration, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that:

1. This case shall be DISMISSED for lack of subject matter jurisdiction and marked as CLOSED.

2. The defendant's motion to compel arbitration is DENIED as moot.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.